■ In the Matter of PATRICIA GILL, Appellant, v NYACK COLLEGE et al., Respondents. [24 NYS3d 514]—Judgment, Supreme Court, New York County (Alice Schlesinger, J.), entered October 22, 2014, denying the petition seeking, inter alia, to reverse the determination of respondent New York State Division of Human Rights, dated April 11, 2014, which dismissed petitioner's Human Rights complaint, and dismissing the proceeding brought pursuant to CPLR article 78, unanimously affirmed, without costs.

Petitioner's administrative complaint alleging disability discrimination was properly dismissed as untimely. It is undisputed that the complaint was filed more than one year after the last alleged act of discrimination (*see Matter of Baird v New York State Div. of Human Rights*, 100 AD3d 880, 881 [2d Dept 2012], *lv denied* 22 NY3d 851 [2013]; *Matter of Morehead v Lind*, 112 AD2d 996 [2d Dept 1985]; Executive Law § 297 [5]).

We have considered petitioner's remaining arguments and find them unavailing. Concur—Mazzarelli, J.P., Friedman, Sweeny and Manzanet-Daniels, JJ.